UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.0 CR 10.068 WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Crim. No. |
| | ) |
| | ) Violations: |
| v. | ) |
| | ) 18 U.S.C. § 894 - Collection |
| | ) of Extensions of Credit by |
| | ) Extortionate Means |
| | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | )   Abetting |
| (1) MICHAEL LEE, a/k/a "Josh Wingenheimer," "Josh Weisenberger," | ) |
| (2) DAVID GEFKE, | ) |
| (3) BRANDON MILBY, and | ) |
| (4) PATRICK DEHERTOGH | ) |
| Defendants | ) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

(Conspiracy to Collect Extortionate Extension of Credit - 18 U.S.C. § 894)

From in or about January 1, 2010, through on or about February 9, 2010, in the District of Massachusetts, and elsewhere, the defendants

(1) MICHAEL LEE, a/k/a "Josh Wingenheimer," "Josh Weisenberger,"
(2) DAVID GEFKE,
(3) BRANDON MILBY and
(4) PATRICK DEHERTOGH

conspired with one another and with others to knowingly

1

participate in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7), to collect and attempt to collect an extension of credit, as defined in Title 18, United States Code, Section 891, from an individual known to the grand jury and referred to herein as John Doe A.

   In violation of Title 18, United States Code, Section 894.

<u>**COUNT TWO**</u>
**(Collection of Extortionate Extensions of Credit - 18 U.S.C. § 894)**

From in or about January 1, 2010, through on or about February 9, 2010, in the District of Massachusetts, and elsewhere, the defendants

    (1) MICHAEL LEE, a/k/a "Josh Wingenheimer," "Josh Weisenberger,"
    (2) DAVID GEFKE,
    (3) BRANDON MILBY and
    (4) PATRICK DEHERTOGH

knowingly participated in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7) to collect and attempt to collect an extension of credit, as defined in Title 18, United States Code, Section 891, from an individual known to the grand jury and referred to herein as John Doe A.

    In violation of Title 18, United States Code, Sections 894 and 2.

**COUNT THREE**
(Conspiracy to Collect Extortionate Extension of Credit - 18 U.S.C. § 894)

From in or about February 1, 2010, through on or about February 4, 2010, in the District of Massachusetts, and elsewhere, the defendants

    (1)  MICHAEL LEE, a/k/a "Josh Wingenheimer," "Josh Weisenberger" and
    (2)  DAVID GEFKE

conspired with one another and with others to knowingly participate in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7), to collect and attempt to collect an extension of credit, as defined in Title 18, United States Code, Section 891, from an individual known to the grand jury and referred to herein as John Doe B.

In violation of Title 18, United States Code, Section 894.

<u>COUNT FOUR</u>
**(Collection of Extortionate Extensions of Credit - 18 U.S.C. § 894)**

Between in or about January 1, 2010, through on or about February 9, 2010, in the District of Massachusetts, and elsewhere, the defendants

  (1) MICHAEL LEE, a/k/a "Josh Wingenheimer," "Josh Weisenberger," and
  (2) DAVID GEFKE

knowingly participated in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7) to collect and attempt to collect an extension of credit, as defined in Title 18, United States Code, Section 891, from an individual known to the grand jury and referred to herein as John Doe B.

 In violation of Title 18, United States Code, Sections 894 and 2.

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of any offense in violation of 18 U.S.C. § 894 alleged herein, the defendants

    (1) MICHAEL LEE, a/k/a "Josh Wingenheimer," "Josh Weisenberger,"
    (2) DAVID GEFKE,
    (3) BRANDON MILBY and
    (4) PATRICK DEHERTOGH

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to each offense in violation of Title 18, United States Code, Section 894. Such property includes, without limitation:

   a. one diamond Cartier watch seized on February 5, 2010;

   b. one platinum Winston watch seized on February 5, 2010;

   c. one replica Rolex watch; and

   d. one Mont Blanc watch.

2. If any of the property described in paragraph 1 hereof as being forfeitable pursuant to Title 18, United States Code, Section 981, as a result of any act or omission of the defendants:

    a. cannot be located uopn the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in subparagraphs a through e hereof.

  All pursuant to Title 18, United States Code, Section 981

and 28 United States Code, Section 2461(c).

                        A TRUE BILL

                        _____
                        FOREPERSON OF THE GRAND JURY

_____
LAURA J. KAPLAN
Assistant U.S. Attorney

        DISTRICT OF MASSACHUSETTS; March 11, 2010.

        Returned into the District Court by the Grand Jurors and filed.

                        Thomas F. Quinn
                        Deputy Clerk
                        3/11/2010 @ 4:00pm